**Order entered June 29, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00668-CV

### DEDERIAN DEMOND HERRON, Appellant

### V.

### ABIGAIL SALVADOR MUNOZ, ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05553**

## ORDER

Before the Court is appellant's June 27, 2018 "Motion for Amended Motion." To the extent appellant seeks relief from this Court, we **DENY** the motion.

Appellant filed a brief on June 21, 2018. By letter dated June 27, this Court notified appellant that his brief was deficient and instructed him to file an amended brief, within ten days, correcting the noted deficiencies. Appellant shall file his amended brief by **July 9**. We caution appellant that failure to file an amended brief that complies with Texas Rule of Appellate Procedure 38.1 may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/s/    ADA BROWN
          JUSTICE